# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2019

## NO. 03-18-00376-CV

### Pedro Morales, Appellant

### v.

### Bradley Carlin and Elizabeth Carlin, Appellees

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on May 1, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.